JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM BARTON,<br><br>            Petitioner,<br><br>       v.<br><br>BOARD OF PAROLE HEARINGS,<br><br>            Respondent. | Case No. CV 18-09707 FMO (RAO)<br><br>JUDGMENT |

IT IS HEREBY ORDERED AND ADJUDGED that this action is dismissed without prejudice for the reasons set forth in the related Memorandum and Order Regarding Summary Dismissal of Petition for Writ of Habeas Corpus and Denial of Certificate of Appealability.

DATED: January 11, 2019

_____/s/_____
FERNANDO M. OLGUIN
UNITED STATES DISTRICT JUDGE